1016

[No. 45944-9-I. Division One. March 12, 2001.]

JOHN HALTERMAN, *Appellant*, v. RON SIMS, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-23136-0, Jim Bates, J., entered January 6,
2000. *Reversed* by unpublished opinion per Becker, J.,
concurred in by Agid, C.J., and Webster, J.

[No. 46343-8-I. Division One. March 12, 2001.]

1515-1519 LAKEVIEW BOULEVARD CONDOMINIUM ASSOCIATION,
*Appellant*, v. STATE FARM FIRE AND CASUALTY COMPANY,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 99-2-09595-2, Glenna Hall, J., entered Febru-
ary 18, 2000. *Reversed* by unpublished opinion per Webster,
J., concurred in by Agid, C.J., and Appelwick, J.

[No. 46773-5-I. Division One. March 12, 2001.]

DWAYNE LANE, *Appellant*, v. CENTRAL PUGET SOUND GROWTH
MANAGEMENT HEARINGS BOARD[†], *Respondent*, SNOHOMISH
COUNTY, *Intervenor / Respondent*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 99-2-03528-1, Gerald L. Knight, J.,
entered May 26, 2000. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Becker, A.C.J., and Appelwick,
J.

[No. 46992-4-I. Division One. March 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDOUL AZIZ
JALLOW, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-00959-0, Ronald Kessler, J., entered May
18, 2000. *Reversed* by unpublished per curiam opinion.

---

† The Central Puget Sound Growth Management Hearings Board did not
participate in this appeal.